In The United States District
Court Of Delaware



Leroy Coley  
v.  
United States  
Of Delaware

C.A. No. 99-033-2 CR  
Civil Action No. 03-029 JJF

## Motion To Amend 60(b), (4), (5), (6)

Comes now Defendant Leroy Coley, Pro Se, moves this Honorable Court to supplement the original motion To Correct Sentence pursuant to Federal Rules and Procedures 60(b),(4),(5),(6) for the following reason stated below in the interest of justice relieving the Miscarriage Of Justice erroneously applied at Defendant's sentence.

4> Defendant's guideline range with the enhancement 121 –151 months. Defendant received the low end of 121 months. Defendant also received reduction for minimum participant.

5.  Defendant's Sixth Amendment Right to a trial by jury
    was violated. See **United States v. Booker** 125 S.Ct 738.

Wherefore, defendant prays this Honorable Court grants Defendants motion.

Respectfully Submitted,

Leroy Coley  
Leroy Coley  
04183-015  
F.C.I. Fort Dix  
P.O. Box 7000  
Fort Dix, N.J. 08640

4-15-05

# PROOF OF SERVICE

I certify that on __4-15-05__ (date) I mailed a copy of this brief and attachments via first class mail to the following parties at the addressess listed below:

To: Clerk of The Court
United States District
Court
844 N. King St., Loock Box 18
Wilmington, DE 19801-3570

To: The Honorable
Farman

To: Mr. Andrews
Prosecuting Attorney

# PROOF OF SERVICE FOR INSTITUTIONALIZED OR INCARCERATED LITIGANTS

In addition to the above proof of service all litigants who are currently institutionalized or incarcerated should indicate the following statement on all documents to be filed with this Court:

I certify that this document was given to prison officials on __4-15-05__ (date) for forwarding to the Court of Appeals. I certify under penalty of perjury that the foregoing is true and correct. 28 U.S.C. §1746.

_Leroy Coly_
Signature

Dated: __4-15-05__

CC:

Leroy Coley
Federal Correctional Institution
P.O Box 7000
F. Dix, N.J. 08640




Legal Mail

Clerk of The Court
844 N. King St., Lock Box 18
Wilmington, D.E, 19801-3570



19801+3513