IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 99-33-2-JJF |
| LEROY COLEY, | : |
| Defendant. | : |

<u>O R D E R</u>

At Wilmington, this 8 day of July 2005, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Defendant's Motion For Modification Of Sentence Pursuant To 18 U.S.C. § 3582(c)(2) (D.I. 204) is **<u>DENIED</u>**.

2. To the extent that a determination regarding a certificate of appealability under 28 U.S.C. § 2253(c)(2) may be required, the Court finds that Defendant has failed to make "a substantial showing of the denial of a constitutional right" <u>see</u> <u>United States v. Cepero</u>, 224 F.3d 256, 267-68 (3d Cir. 2000), and therefore, a certificate of appealability is **<u>DENIED</u>**.

_____
UNITED STATES DISTRICT JUDGE