To The Clerk of the Court;

This is the second set of of this notice I am sending. My mother had called to see if the first one was on the docket and it wasn't- so I am sending this just in case the 1st wasn't recd.

Thank you.

Leroy Coley III 04183-015
FCI Ft Dix

99 CR 33
(JJF)



FILED
OCT 1 4 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

L. Coley
F.C.I. Ft. Dix
P.O. Box 7000
Ft Dix, N.J. 08640

CERTIFIED MAIL

7005 1820 0000 1379 2326

RETURN RECEIPT REQUESTED

Office of the Clerk
U.S. District Court
844 N. King Street
Lockbox 18
Wilm De 19801-3570