APS-25                                                                October 20, 2005
### UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. 05-3346

UNITED STATES OF AMERICA
v.
LEROY COLEY
(D. Dela. 99-cr-00033)
(Criminal treated as civil)

Present:     SLOVITER, MCKEE AND FISHER , <u>CIRCUIT JUDGES</u>

    Submitted are:

(1)    Appellant's request for a certificate of appealability under 28 U.S.C. § 2253(c)(1); and

(2)    Government's Response to Application for a Certificate of Appealability,

in the above-captioned case.

                                                     Respectfully,

MMW/CAD/dmm                              Clerk

_____ORDER_____

The foregoing request for a certificate of appealability is denied. Jurists of reason would not differ as to the propriety of the District Court's ruling that Coley's motion to "supplement" his § 2255 motion was moot, and that he could not bring a generalized motion for reduction of sentence pursuant to § 3582(c). As the District Court correctly found, Coley's Rule 60(b) motions amounted to unauthorized successive section 2255 motions, <u>Pridgen v. Shannon</u>, 380 F.3d 721 (3d Cir. 2004), which the District Court lacked jurisdiction to address, <u>Robinson v. Johnson</u>, 313 F.3d 128 (3d Cir. 2002).


A True Copy:
Marcia M. Waldron, Clerk

                                              By the Court,

                                              /s/ Dolores K. Sloviter
                                              Circuit Judge

Dated: November 8, 2005
DMM/cc: Mr. Leroy Coley, Esq.
        Richard G. Andrews, Esq.