THE DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| LEROY COLEY<br><br>v.<br><br>STATE OF<br>DELAWARE | Cr. A. No 99-33-02 JJF<br>Civil A. No. 03-029-JJF<br>~~Civil A. No.~~ |

MOTION FOR APPOINTMENT OF
COUNSEL or AMICUS

COMES NOW, Leroy Coley, Pro Se, asks this HONORABLE COURT to grant his MOTION FOR APPOINTMENT of COUNSEL or AMICUS for the following reasons:

① Petitioner needs to know any and all remedies available to him.

② Petitioner does not have the ability to express the appropriate points of law necessary for the court to properly understand the facts necessary to warrant a proper judgement.

③ Petitioner has repeatedly attempted to appeal, Pro Se, and has had no relief. The Courts have repeatedly sided with the government on many mis-construed facts.

FILED MAR 08 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

presented by prosecution. The Petitioner does not know where else to turn, or how to present the facts necessary to warrant a proper judgement.

WHEREFORE, Petitioner prays the court grant his motion.

On this 2 day of March 2006.

Leroy Coley
Leroy Coley # 04183-015
FCI Ft. Dix
P.O Box 7000
Ft. Dix, N.J. 08640

CC:

Leroy Coley #04183-015
Federal Correctional Institute
P.O. Box 7000
Ft. Dix, N.J. 08640

Legal

OFFICE OF CLERK
United States District Court
844 N. King St., Lock Box 18
Wilmington, D.E. 19801-3570

TRENTON NJ 080
05 MAR 2006 PM 4 L